Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Toland, Mary K | Case Number:  08 B 12123 |
| | Judge:  Hollis, Pamela S |
| Printed: 02/17/09 | Filed:  5/13/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: November 17, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,500.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 10,500.00 |
| Totals: | 10,500.00 | 10,500.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | Chase Home Finance | Secured | 22,353.85 | 0.00 |
| 3. | ECast Settlement Corp | Unsecured | 532.62 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 668.17 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 16,063.87 | 0.00 |
| 6. | Alabama Dept Of Human Resources | Priority | | No Claim Filed |
| 7. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 8. | TekCollect | Unsecured | | No Claim Filed |
| 9. | Collection Company Of America | Unsecured | | No Claim Filed |
| 10. | Nicor Gas | Unsecured | | No Claim Filed |
| 11. | Nicor Gas | Unsecured | | No Claim Filed |
| 12. | Collection Company Of America | Unsecured | | No Claim Filed |
| 13. | Trust Receivable Services | Unsecured | | No Claim Filed |
| | | | $ 39,618.51 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Toland, Mary K

Printed: 02/17/09

Case Number:  08 B 12123
Judge:  Hollis, Pamela S
Filed:  5/13/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*